No. 09–11037. BROTHERS *v.* THALER, DIRECTOR, TEXAS DE- PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 09–11040. OWENS *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 09–11041. KELLER *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 09–11042. LOPEZ *v.* HOREL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11044. XIAO QING LIU *v.* RICHLINE GROUP ET AL. Ct. App. N. Y. Certiorari denied.

No. 09–11045. JOHNSON *v.* CALIFORNIA. Sup. Ct. Cal. Cer- tiorari denied.

No. 09–11048. FORD *v.* LUDLUM. C. A. 7th Cir. Certiorari denied.

No. 09–11049. HAWKINS *v.* MONTANA BOARD OF PARDONS ET AL. Sup. Ct. Mont. Certiorari denied.

No. 09–11053. MIKELL *v.* BENTON, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 09–11055. MITCHELL *v.* ORANGE COUNTY, TEXAS, ET AL. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 09–11057. BELL *v.* DISTRICT COURT OF OKLAHOMA, OKLA- HOMA COUNTY, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 09–11058. APELT *v.* ARIZONA. Super. Ct. Ariz., County of Pinal. Certiorari denied.

No. 09–11062. MILLS *v.* NEW YORK. County Ct., Genesee County, N. Y. Certiorari denied.

No. 09–11063. JUARBE *v.* CAIN, WARDEN. C. A. 5th Cir. Cer- tiorari denied.

No. 09–11065. NENG POR YANG *v.* CITY OF SHAKOPEE, MINNE- SOTA, ET AL. C. A. 8th Cir. Certiorari denied.